IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JABBAAR MUJAAHID ABDUL,**
**DC #M92135,**

    *Petitioner*,

v.                                    Case No.: 4:24cv82-MW/MAF

**ROBERT CONNER,**

    *Respondent*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. The Magistrate Judge recommends transfer of Petitioner's 28 U.S.C. § 2254 petition to the district in which Petitioner was convicted because it appears to be the most convenient venue. *Id.* at 2–3. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

    1. The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion.

2. Petitioner's 28 U.S.C. § 2254 petition, ECF No. 1, shall be **TRANSFERRED** to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

3. The Clerk shall take all necessary steps to effectuate this transfer.

4. The Clerk shall close the file.

**SO ORDERED on March 19, 2024.**

                                       s/Mark E. Walker                              
                                       **Chief United States District Judge**